UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS INC, a Delaware corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>A.W. SCHELL ELECTRICAL SERVICES INC., a Washington corporation; and THE HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>                Defendants. | NO: 2:14-CV-0139-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

     BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 14). This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 11, 2014.

*Thomas O. Rice*
THOMAS O. RICE
United States District Judge